Town of Orange Park and Others, Appellants, v. C. S. Young Construction Company, a corporation, Appellee.

An Appeal from the Circuit Court for Clay County.

Appeal dismissed on motion of counsel for Appellants.

*Milam & Milam* and *Robt. H. Anderson,* for the motion.

───────────

The Commercial Bank of Ocala, a corporation, Appellant, v. The Georgia Loan & Trust Company, a corporation, Appellee.

An Appeal from the Circuit Court for Marion County.

Appeal dismissed on motion of counsel for the respective parties.

*Martin & Hocker,* for Appellant;

*D. Niel Ferguson,* for Appellee.

───────────

General Motors Acceptance Corporation, a corporation, Appellant, v. The First National Bank of St. Augustine, a corporation, Appellee.

An Appeal from the Circuit Court for St. Johns County.

Appeal dismissed on motion of counsel for Appellant.

*L. W. Nelson,* for Appellant;

*MacWilliams & Perry,* for Appellee.